UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Pedro Salas Martinez,

                                        Petitioner,

                O R D E R

                26-CV-01342 (RER)

    -against-

Raul Maldonado; Judith Almodovar; Todd M. Lyons;
and Pamela Bondi,

                                        Respondents.
---------------------------------------------------------X

**RAMÓN E. REYES, JR., District Judge.**

The petition for writ of habeas corpus (ECF No.1) is granted and the hearing scheduled for

March 16, 2026, is cancelled. The Court has previously addressed ICE's statutory detention

authority, and the same reasoning holds here. *E.g.*, *Chander v. Maldonado et al*, No. 26-CV-0021

(RER), ECF Nos. 9–10 (E.D.N.Y. Jan. 13, 2026); *Arango v. Genalo*, No. 25-CV-6720 (RER),

2025 WL 3637500 (E.D.N.Y. Dec. 16, 2025).

Petitioner, Pedro Salas Martinez (Alien Number 240-177-634), is to be released forthwith.

Respondents are directed to file a letter as soon as possible regarding their compliance with this

order for immediate release, but should file the letter no later than **10:00 A.M. on March 16, 2026**.

Correspondingly, Petitioner's Emergency Motion for Temporary Restraining Order (ECF No. 2)

is moot.

Once the notice of release is received by the Court, the Clerk of Court is directed to enter

final judgment and close the case.

SO ORDERED.

Dated: March 13, 2026
        Brooklyn, New York

                                        /s/ Ramón E. Reyes, Jr.
                                        U.S. District Judge, EDNY